■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LOPEZ, Appellant. [987 NYS2d 266]—Lahtinen, J. Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered September 13, 2012, convicting defendant upon his plea of guilty of the crime of criminal sexual act in the first degree.

---

Defendant allegedly subjected a 10-year-old girl to numerous sexual acts. He was charged in a multicount indictment and eventually entered an *Alford* plea to criminal sexual act in the first degree and waived his right to appeal. He was sentenced in accordance with the plea agreement and now appeals contending that he did not receive proper notice (*see* CPL 710.30) regarding some of the statements that County Court ruled were admissible following a *Huntley* hearing.

We affirm. The record reflects that defendant's waiver of his right to appeal was knowing, voluntary and intelligent and it specifically encompassed County Court's decision on motions. Accordingly, review of County Court's ruling regarding the admissibility of defendant's statements is precluded by his waiver of his right to appeal (*see e.g. People v Junior*, 97 AD3d 984, 985 [2012], *lv denied* 19 NY3d 1103 [2012]; *People v Irvis*, 301 AD2d 782, 783 [2003], *lv denied* 99 NY2d 655 [2003]; *People v Jackson*, 245 AD2d 964, 964-965 [1997], *lv denied* 91 NY2d 926 [1998]).

Peters, P.J., McCarthy, Garry and Devine, JJ., concur. Ordered that the judgment is affirmed.